

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-14-00362-CV

**IN RE GUARDIANSHIP OF TERRY L. GILMER AN INCAPACITATED PERSON**

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-070-PR
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The trial court clerk has filed a notification of late record, stating that the appellants have failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellants are not entitled to appeal without paying the fee.

We, therefore, ORDER appellants to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court